IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> [1] ZACH FERGUSON ) <br> ) <br> [2] ERIC CAPERTON ) | **No. 1:23-cr-00006** <br> **Judge Richardson** |

The United States of America, by and through its attorney, Mark Blumberg, Special Legal Counsel, Civil Rights Division, hereby requests that the Court dismiss this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Defense counsel does not oppose this motion.

In accordance with the Crime Victims' Rights Act, 18 U.S.C. § 3771, the Government has notified the victim that it is filing this motion.

DATED: November 10, 2025.

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

*/s/ Mark Blumberg*
MARK BLUMBERG
Special Legal Counsel
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendants, via the Court's Electronic Case Filing System, on November 10, 2025

*s/ Mark Blumberg*
MARK BLUMBERG
Special Legal Counsel
